**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:10cv028**

| | |
|---|---|
| **DELPHINE BRYAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| _____ | ) |

# J U D G M E N T

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS ORDERED ADJUDGED AND DECREED** that the Plaintiff's Motion

for Summary Judgment is **DENIED**; the Defendant's Motion for Summary

Judgment is **GRANTED**; and the Commissioner's decision is hereby

**AFFIRMED**. This case is hereby **DISMISSED WITH PREJUDICE**.

Signed: September 19, 2011

Martin Reidinger
United States District Judge